IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Cherie Antoinette Hobson, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 6:14-cv-3906-TLW |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Carolyn W. Colvin, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On May 5, 2016, Plaintiff Cherie Antoinette Hobson brought a Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. ECF No. 29. The motion seeks reimbursement for counsel's fees in the above-captioned matter in the amount of $4,950.79. *Id*. On May 20, 2016, the parties filed a Stipulation for Award of Attorney's Fees Pursuant to the EAJA, whereby the Commissioner and Plaintiff agreed that the Commissioner shall award Plaintiff $4,600.00 in attorney's fees under the EAJA. ECF No. 30.

Having reviewed the file and being fully advised, the Court hereby **ORDERS** that the Stipulation for Award of Attorney Fees Pursuant to the EAJA is **APPROVED**, and the Commissioner is ordered to award Plaintiff $4,600.00 in attorney's fees. Although the EAJA fee award should be paid to Plaintiff rather than to her attorney pursuant to Astrue v. Ratliff, 130 S. Ct. 2521, 2528-29 (2010), the check itself should be mailed directly to Plaintiff's attorney.

**IT IS SO ORDERED.**

s/*Terry L. Wooten*
TERRY L. WOOTEN
Chief United States District Judge

June 15, 2016
Columbia, South Carolina